AUSA

FILED
MAR 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Francisca ALVARADO-Rivera (1),<br>Juan ALVARADO-Rivera(2),<br>Efrain ANGUIANO-Gonzalez(3),<br>Victor Belen MENA-Aldaco (4),<br>Material Witnesses. | Case No. '08 MJ 8224<br>**MATERIAL WITNESS COMPLAINT**<br>Title 18 U.S.C. § 3144<br>F.R. Crim.P. [Material Witness] |

The undersigned complainant being duly sworn states:

That on or about March 11, 2008, within the Southern District of California, witnesses, Francisca ALVARADO-Rivera, Juan ALVARADO-Rivera, Efrain ANGUIANO-Gonzalez and Victor Belen MENA-Aldaco, are witnesses in support of the petition alleging "Jonathan M." did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)was transporting

The material witnesses' testimony is essential to support the petition in the State of California Juvenile Court against the minor and whose whereabouts at the time of jurisdictional trial will be a foreign country, or unknown and they should be detained until their testimony can be secured.

The affiant further alleges that the above-referenced material witnesses are citizens and natives of Mexico with no legal right to remain in the United States, and have no apparent means of support or family ties.

Therefore, the above-referenced material witnesses are material witnesses under Title 18, United States Code, Section 3144.

This complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Michael Mikuski
Border Patrol Agent

Sworn to before me and subscribed in my presence March 12th, 2008.

PETER C. LEWIS
United States Magistrate Judge

Material Witnesses

Francisca ALVARADO-Rivera(1),
Juan ALVARADO-Rivera(2),
Efrain ANGUIANO-Gonzalez(3),
Victor Belen MENA-Aldaco (4),

STATEMENT OF FACTS

Michael Mikuski, being duly sworn, deposes and says:

1. I am a Senior Patrol Agent with the United States Border Patrol, assigned to the El Centro Sector Prosecutions Unit. This affidavit is made in support of a material witness complaint pursuant to Title 18, United States Code, Section 3144, for Francisca ALVARADO-Rivera, Juan ALVARADO-Rivera, Efrain ANGUIANO-Gonzalez and Victor Belen MENA-Aldaco. This application seeks the Witnesses detention so their testimony may be secured for trial in the Southern District of California.

2. The United States Government has indicted Jonathan M.(Juvenile), within the State of California's Court system for the violations of 8 U.S.C. section 1324, Transportation of Illegal Aliens within the southern district of California.

3. On March 11th of 2008, Border Patrol Agents of the El Centro Sector encountered Jonathan M. as he attempted to smuggle four illegal aliens for financial gain.

4. At approximately 10:46 A.M. the Imperial, California Border Patrol Station's Remote Video Surveillance System Operator observed four individuals illegally cross into the United States from Mexico and get into an awaiting vehicle. The driver was later identified by

agents as Jonathan M.

5. Agents attempted to and successfully deployed a controlled tire deflation device (CTDD) on the vehicle. However, Jonathan M. attempted to avoid the CTDD by driving off the road. After the successful deployment of the CTDD Jonathan M. did drive on the wrong side of the road for a distance. Jonathan M. drove the vehicle on state highway 98 in a hazardous manner where he endangered the lives of the material witnesses named in this complaint, the lives of the motoring public, the lives of the general public (CalTrans workers) on the side of the road and in the parking lot of the AA Dismantles near Calexico, California.

6.. Material Witnesses to the incident are able to provide identification of the principal, Jonathan M. The Material Witnesses, are also able to provide significant testimony which would cooberate the statements of the Agents.

7. Based on the foregoing, I respectfully submit testimony from Francisca ALVARADO-Rivera, Juan ALVARADO-Rivera, Efrain ANGUIANO-Gonzalez and Victor Belen MENA-Aldaco at trial will be material.

8. In addition, it will impractical to secure the presence of Francisca ALVARADO-Rivera, Juan ALVARADO-Rivera, Efrain ANGUIANO-Gonzalez and Victor Belen MENA-Aldaco by subpoena for the following reasons:

a. Francisca ALVARADO-Rivera, Juan ALVARADO-Rivera, Efrain ANGUIANO-Gonzalez and Victor Belen MENA-Aldaco are not citizens of the United States and currently reside in Mexico with family;

b. Francisca ALVARADO-Rivera, Juan ALVARADO-Rivera, Efrain ANGUIANO-Gonzalez and Victor Belen MENA-Aldaco do not possesses any

immigration documentation to be, reside or live in the United States lawfully.

c. Francisca ALVARADO-Rivera, Juan ALVARADO-Rivera, Efrain ANGUIANO-Gonzalez and Victor Belen MENA-Aldaco have an incentive to avoid coming to the United States and appearing in court as a government witness as they were trying to illegally enter the United States without properly filing for admittance.

9. I believe that, based on the facts set out above, there is no condition or combination of conditions that would reasonably assure the appearance of Francisca ALVARADO-Rivera, Juan ALVARADO-Rivera, Efrain ANGUIANO-Gonzalez and Victor Belen MENA-Aldaco. Accordingly, I respectfully request that a complaint be issued for Francisca ALVARADO-Rivera, Juan ALVARADO-Rivera, Efrain ANGUIANO-Gonzalez and Victor Belen MENA-Aldaco.

WHEREFORE your affiant prays that the Court issue a material witness warrant for Francisca ALVARADO-Rivera, Juan ALVARADO-Rivera, Efrain ANGUIANO-Gonzalez and Victor Belen MENA-Aldaco, and they be imprisoned or bailed as the case may be.